in failing to investigate: (1) potential alibi witnesses; and (2) an incident in which the victim allegedly shot Movant.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).

*ORDER*

PER CURIAM.

Calvin W. Hall appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court did not clearly err in denying Hall's request for post-conviction relief. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

■

**Calvin W. HALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 96744.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 22, 2011.

Lisa M. Stroup, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Daniel N. McPherson, Jefferson City, MO, for Respondent.

Before PATRICIA L. COHEN, P.J., GARY M. GAERTNER, JR., J. and ROBERT M. CLAYTON III, J.

■

**STATE of Missouri, Appellant,**

v.

**Daniel HUGHES, Respondent.**

No. ED 96809.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 22, 2011.

Sarah Jane Mease, St. Louis, MO, for Appellant.

Courtney Maurine Harness, St. Louis, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., MARY K. HOFF, J. and SHERRI B. SULLIVAN, J.